THE MISSOURI PACIFIC RAILWAY COMPANY v. THE BLUE VALLEY PLASTER COMPANY.

**No. 13,044.** ( 72 Pac. 1100.)

Error from Marshall district court; W. S. GLASS, judge. Opinion filed April 11, 1903. Affirmed.

*Gregg & Gregg,* and *Waggener, Doster & Orr,* for plaintiff in error.

*Giles E. Scoville,* for defendant in error.

*Per Curiam:* The railway company received a car-load of plaster consigned by defendant in error to Washington, Iowa. Through carelessness of the station agent the car was sent to Washington, Ill. The freight paid by the shipper for transporting the car from Illinois to its true destination was involved. There was sufficient evidence to support the claim of plaintiff below.

The judgment will be affirmed.

---

DANIEL STONEBARGER v. RUTH STONEBARGER.

**No. 13,048.** ( 72 Pac. 1101.)

Error from Nemaha district court; WILLIAM I. STUART, judge. Opinion filed April 11, 1903. Affirmed.

*John Stowell,* for plaintiff in error.

*George W. Hook, C. W. Reeder,* and *Ryan & Ryan,* for defendant in error.

*Per Curiam:* The verdict of the jury and the judgment of the court thereon are correct under the law announced in the instructions. No exceptions were taken to the instructions given, nor were any exceptions saved to the refusal of the court to give those requested, therefore the instructions are the law of the case, and if the verdict of the jury and the judgment of the court are within the law thus expressed, the judgment should be affirmed. No prejudicial error appears to have been committed on any of the other grounds urged by plaintiff in error.

The judgment is affirmed.